AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

FILED
IN CLERK'S OFFICE

DISTRICT OF

UNITED STATES OF AMERICA

2003 DEC 12 P 2: 27

v.

TANYA PINHEIRO

U.S. DISTRICT COURT
DISTRICT OF MASS

**WARRANT FOR ARREST**

CASE NUMBER: 03cr10361 RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ TANYA PINHEIRO _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiracy to distribute, and to possess with intent to distribute, five kilograms or more of cocaine, a schedule II controlled substance,

in violation of
Title _____ United States Code, Section(s) 846, 841(a)(1) & 841(b)(1)(A)

Catherine _____
Name of Issuing Officer

Supervisor
Title of Issuing Officer

Catherine _____
Signature of Issuing Officer

12-3-03  Boston
Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____