UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>JOHN MELO et al.    ) | Crim. No. 03-10361-RWZ |

ASSENTED-TO MOTION TO
RESCHEDULE INITIAL STATUS CONFERENCE

The United States, with the assent of all defendants, hereby moves to reschedule the initial status conference from January 28, 2004 at 2:00 p.m. to January 27, 2004 at 2:30 p.m. As grounds therefore, the government states as follows:

1. The initial status conference in this case is currently scheduled for January 28, 2004. Government counsel will be out of town on that date. Counsel for all defendants have agreed to reschedule the initial status conference to January 27, 2004, at 2:30 p.m.

WHEREFORE, the government requests that the initial status conference be rescheduled to January 27, 2003 at 2:30 p.m.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: /s/ William D. Weinreb
WILLIAM D. WEINREB
Assistant U.S. Attorney
One Courthouse Way
Boston, MA 02119
(617) 748-3222

CERTIFICATE OF SERVICE

A copy of this motion was served by first-class mail upon counsel of record for all defendants this 15th day of January, 2004

WILLIAM D. WEINREB
Assistant U.S. Attorney