```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL NO: 03-10361-RWZ** |
| v.   ) | |
| ) | |
| **JOHN MELO et al.** ) | |

## PROPOSED JOINT FINAL STATUS CONFERENCE MEMORANDUM

Pursuant to Local Rule 116.5(C), the government has made repeated efforts to consult with all defense counsel on a joint final status conference memorandum and has circulated this proposed joint final status conference memorandum to all defense counsel. This memorandum is filed on behalf of the government and defendants John Melo, Gregory Warren, Carla Paiva, and Tanya Pinheiro. The government has not heard back from counsel for Scott Fink or Kevin Briggs.

1. <u>Outstanding discovery issues</u>

There are no outstanding discovery issues.

2. <u>Additional discovery</u>

No additional discovery is anticipated.

3. <u>Defense of insanity or public authority</u>

No defendant intends to raise a defense of insanity or public authority.

4. <u>Alibi</u>

The government has not requested notice of alibi from any

defendant.

    5. Motion to sever, dismiss, or suppress

Defendant John Melo intends to file a motion to suppress intercepted wire communications and has moved for additional time in which to do so.

    6. Scheduling

Defendant John Melo requests that a hearing be scheduled before Judge Zobel on his motion to suppress.

    7. Resolution without trial

Defendant Tanya Pinheiro intends to change her plea to guilty. The remaining defendants are still considering whether to plead guilty or go to trail.

    8. Periods of excludable delay

A motion to exclude time has been filed by the government. If that motion is granted, no non-excludable days will have elapsed as of May 25, 2004, the date of the final status conference.

9. *Estimated length of trial*.  Trial is estimated to last four weeks.

Respectfully submitted,

| | |
|---|---|
| JOHN MELO<br>By his attorney: | MICHAEL J. SULLIVAN<br>United States Attorney |
| | By: /s/ William Weinreb |
| John MacDonald, Esq.<br>LaRochelle and McDonald<br>15 Westminster Street<br>Providence, RI  02901<br>401-421-1440 | William D. Weinreb<br>Assistant U.S. Attorney<br>United States Courthouse<br>One Courthouse Way<br>Boston, MA 02210<br>617-748-3222 |
| GREGORY WARREN<br>By his attorneys: | KEVIN BRIGGS<br>By his attorney: |
| Paul D. DiMaio, Esq.<br>Priscilla Facha DiMaio, Esq.<br>215 Broadway<br>Providence, RI  02903<br>401-272-3900 | Syrie Fried, Esq.<br>Federal Defender's Office<br>408 Atlantic Ave.<br>Third Floor<br>Boston, MA 02210<br>617-223-8061 |
| CARLA PAIVA<br>By her attorney: | SCOTT FINK<br>By his attorney: |
| Peter B. Krupp, Esq.<br>Laurie and Krupp, LLP<br>One McKinley Square<br>Boston, MA 02109<br>617-367-1970 | Charles W. Rankin, Esq.<br>Rankin & Sultan<br>1 Commercial Wharf N.<br>Boston, MA 02110<br>617-720-0011 |

```
TANYA PINHEIRO
By her attorney:


_____
Lawrence M. Perlmutter, Esq.
Law Office of Lawrence M. Perlmutter
15 Court Square
Suite 660
Boston, MA 02108
617-523-1545
```