UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO: 03-10361-RWZ |
| | ) |
| TANYA PINHEIRO | ) 21 U.S.C. § 846 - Conspiracy |
| | ) To Distribute, and to Possess |
| | ) With Intent To Distribute, |
| | ) Cocaine |
| | ) |

SECOND SUPERSEDING INFORMATION

COUNT ONE: (21 United States Code, Section 846 - Conspiracy to Distribute, and to Possess With Intent to Distribute, Cocaine)

The United States Attorney charges that:

From a time unknown to the United States Attorney, but at least by in or about April 2003, and continuing thereafter until in or about July 2003, at Westport, Fall River, New Bedford, and elsewhere in the District of Massachusetts, at North Providence, Central Falls, and elsewhere in the District of Rhode Island, and elsewhere, TANYA PINHEIRO, defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with JOHN MELO, GREGORY WARREN, SCOTT FINK, KEVIN BRIGGS, CARLA PAIVA, and with other persons known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, in violation of 21, United States Code, Section 841(a)(1).

The United States Attorney further charges that the conspiracy involved five kilograms or more of a mixture or

substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

**NOTICE OF ADDITIONAL FACTORS**

The United States Attorney further finds that:

    1.   The defendant, TANYA PINHEIRO, is accountable for at least five kilograms, but less than 15 kilograms, of a mixture or substance containing a detectable amount of cocaine. Accordingly, USSG §2D1.1(c)(4) applies.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:   /s/ William D. Weinreb
        WILLIAM D. WEINREB
        Assistant U.S. Attorney